**Order entered October 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01065-CV

**MATTHEW D. BARROW, M.D., P.A. ET AL., Appellants**

**V.**

**SUZETTE CARNES, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09350-F**

## ORDER

The Court has before it appellee's September 28, 2013 unopposed first motion to extend time to file brief of appellee. The Court **GRANTS** the motion and **ORDERS** appellee to file her brief by October 28, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE